IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES A. WRIGHT,** **PLAINTIFF**
**ADC # 142769**

v.     **CASE NO. 4:15CV00452 BSM**

**STATE OF ARKANSAS et al.** **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere has been reviewed. The parties have filed no objections. After careful consideration, the RD is hereby adopted in all respects and James Wright's claims are dismissed with prejudice.

IT IS SO ORDERED this 25th day of May 2016.

_____
UNITED STATES DISTRICT JUDGE